# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 3:22-cv-00561-FDW-DCL

| | |
|---|---|
| **KALISHWAR DAS,** | ) |
| **Plaintiff,** | ) **RESPONSE TO PLAINTIFF'S** |
| | ) **MOTION FOR THE GRANT** |
| v. | ) **OF ENTRY OF DEFAULT** |
| **STATE OF NORTH CAROLINA** | ) |
| **Defendant.** | ) |

NOW COMES Defendant State of North Carolina, by and through its undersigned counsel, and hereby submits this response to Plaintiff's Motion for the grant of Entry of Default [DE 18]. Plaintiff's Motion for the grant of Entry of Default is premised on his fundamental misunderstanding of Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff asserts in his motion [DE 18], and in the affidavit of service filed with this Court [DE 17], that he served the summons and amended complaint on July 25, 2023, the day the summons was issued and mailed. Plaintiff conflates the *mailing* of the summons and complaint, with *receipt* of the summons and complaint. Plaintiff's documents show delivery and signature on July 28, 2023, [DE 17, pp 3-6]. Service of process by certified mail is complete on the day that a summons and complaint are delivered to the defendant's address. N.C. Gen. Stat. §1A-1, N.C. R. Civ. P. 4(j)(2).

Accordingly, Defendant was served with the summons and amended complaint on July 28, 2023, not July 25, 2023.

Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a defendant must respond to a complaint within 21 days after being served with the summons and complaint. Twenty-one days after the service date is August 18, 2023. Defendant North Carolina responded to the Amended Complaint on August 17, 2023. [DE 20] Consequently, Plaintiff has not met the conditions precedent for entry of default, and this Court should deny his motion.

Respectfully submitted, this the 17th day of August, 2023.

JOSHUA H. STEIN
Attorney General

/s/ Elizabeth Curran O'Brien

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-0091
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Counsel for State of North Carolina*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this day a copy of the foregoing **RESPONSE TO MOTION FOR ENTRY OF DEFAULT** was served by email and by placing the same in the United States mail, first-class postage prepaid, and addressed to the following:

Kalishwar Das
1505 The Crossing
Rock Hill, SC 29732
kalishwardas@gmail.com
*Pro Se Plaintiff*

This the 17th day of August, 2023.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice