# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-561-FDW-DCK

| | |
|---|---|
| KALISHWAR DAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| MECKLENBURG COUNTY SHERIFF OFFICE/DEPARTMENT, and MECKLENBURG COUNTY SUPERIOR COURT ADMINISTRATION, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Reconsider" (Document No. 54) and "Motion To Approve Subpoena For Production Of ESI" (Document No. 55) filed November 30, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motions.

By the instant motions *pro se* Plaintiff requests that the undersigned reconsider the denial of the previous motion to amend and allow electronic discovery. (Document Nos. 54 and 55); see also (Document Nos. 48 and 49). As previously noted, the Honorable Frank D. Whitney issued an Order (Document No. 46) on October 26, 2023, granting two (2) pending motions to dismiss (Document Nos. 31 and 36) and **closing** this case. (Document No. 49). Moreover, *pro se* Plaintiff subsequently filed a "Motion To Reopen The Closed Case" (Document No. 50) that is pending before Judge Whitney and is not yet ripe for review.

Under these circumstances, the undersigned finds that the instant motions for reconsideration and discovery are premature.

**IT IS, THEREFORE, ORDERED** that the "Motion To Reconsider" (Document No. 54) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the "Motion To Approve Subpoena For Production Of ESI" (Document No. 55) **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: December 4, 2023

David C. Keesler
United States Magistrate Judge